# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BILL CARROLL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-3183** |
| | : | |
| **GUARDANT HEALTH, INC.** | : | |

## ORDER

**AND NOW,** this 5th day of January 2021, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 19), Plaintiff's Opposition (ECF Doc. No. 21), Defendant's Replies (ECF Doc. Nos. 22, 23), Plaintiff's Sur-Reply (ECF Doc. No. 30), Defendant's Sur-Reply (ECF Doc. No. 31), following oral argument, and for reasons in the accompanying Memorandum detailing genuine issues of material fact on the age discrimination claim based on a disparate treatment theory but on no other claims, it is **ORDERED** Defendant's Motion for summary judgment (ECF Doc. No. 19) is **GRANTED in part** and **DENIED in part**:

1. Defendant's Motion is **denied** on Plaintiff's claim of discrimination based on age under a disparate treatment theory; and,

2. Defendant's Motion is **granted** as to all other plead theories of age or sex discrimination, breach of contract, fraudulent inducement, tortious interference, or defamation.

_____
**KEARNEY, J.**